EASTERN DISTRICT OF MICHIGAN

In the Matter of:

Anthony K. White Sr.
Oneida White

Debtor(s)

Case No. 07-64594

Chapter 13 Proceedings

Hon. PHILLIP J SHEFFERLY

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name and Account Number | COURT CLM.# | TRUSTEE CLM.# | CLASS OF CLAIM | CHECK# | AMT. OF CHECK |
|---|---|---|---|---|---|
| ANTHONY K WHITE SR & ONEIDA WHITE<br>7381 WILDERNESS PARK DR APT 203<br>WESTLAND, MI 48185-5988 | N/A | 0 | DEBTOR UNCLAIMED | 3422908 | $0.79 |
| TOTAL | | | | | $0.79 |

Dated: 5/31/11

/s/ Krispen S Carroll
Krispen S. Carroll, Standing
Chapter 13 Trustee
719 Griswold, Ste. 1100
Detroit, MI 48226
(313) 962-5035